PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
L97-cr-309

DOCKET NUMBER (Rec. Court)
10 CR 816 WJM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Emory Clash Jones<br>1103 City Place<br>Edgewater, NJ 07030 | Maryland | Northern Division |
| | NAME OF SENTENCING JUDGE | |
| | J. Frederick Motz, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 9/30/2010 — TO 9/29/2015 |

OFFENSE

Conspiracy to Distribute Cocaine Hydrochloride and Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 28, 2010
Date

Benson Everett Legg
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/22/10
Effective Date

10/29/10

United States District Judge

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: M. Brayton 12/1/10
Deputy Clerk

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By: MC Boyle  Deputy