IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 0 3 1997

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| DEHAVEN JON IRBY, : | Criminal No. 97-0309 |
| CLEVON TYRONE JOHNSON, | |
| a/k/a "Big Ty", : | (Conspiracy to Distribute |
| EMORY CLASH JONES | Cocaine and Cocaine Base, 21 |
| : | U.S.C. §846) |

...oOo...

### INDICTMENT

The Grand Jury for the State and District of Maryland, charges that:

### COUNT ONE

Beginning in or about 1989 up to and including in or about May, 1996, within the State and District of Maryland, the State of New York, and elsewhere,

DEHAVEN JON IRBY,
CLEVON TYRONE JOHNSON, a/k/a "Big Ty",
and
EMORY CLASH JONES,

the defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to knowingly, unlawfully and intentionally distribute and possess with intent to distribute mixtures or substances containing detectable amounts of cocaine hydrochloride and cocaine base, commonly known as "crack,"

both Schedule II narcotic controlled substances, in violation of Title 21, United States Code, §841(a)(1).

21 U.S.C. §846

*Lynne A. Battaglia*
Lynne A. Battaglia
United States Attorney

A TRUE BILL:

9/3/97
Date

I hereby attest and certify on 12/14/10 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By *McBoyle* Deputy