CMX
9701843

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | Criminal No. L-97-0309 |
| v. | : | |
| | | (Conspiracy to Distribute |
| DEHAVEN JON IRBY, | : | Cocaine Hydrochloride and |
| CLEVON TYRONE JOHNSON, | | Cocaine Base, 21 U.S.C. §846) |
|     a/k/a Big Ty, | : | |
| EMORY CLASH JONES, | | |
| AARON MATTHEW HAYMAN, | : | |
|     a/k/a Jack, | | |
|     a/k/a "J", | : | FILED ____ ENTERED |
| RICKY LEE AUSTIN, | | LODGED ____ RECEIVED |
|     a/k/a Rick, | : | |
| RAMON LARUE HOBBS, | | AUG 2 6 1998 |
|     a/k/a Rami Kareem Hobbs, | : | |
|     a/k/a "Man" | | AT BALTIMORE |
| | | CLERK U.S. DISTRICT COURT |
| | | DISTRICT OF MARYLAND |
| ...oOo... | | BY _____ DEPUTY |

SUPERSEDING INDICTMENT

The Grand Jury for the State and District of Maryland, charges that:

COUNT ONE

Beginning in or about 1989, up to and including in or about January, 1998, within the State and District of Maryland, the State of New York, and elsewhere,

DEHAVEN JON IRBY,
CLEVON TYRONE JOHNSON, a/k/a Big Ty,
EMORY CLASH JONES,
AARON MATTHEW HAYMAN, a/k/a Jack, a/k/a "J",
RICKY LEE AUSTIN, a/k/a Rick,
and
RAMON LARUE HOBBS, a/k/a Rami Kareem Hobbs, a/k/a "Man",

defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to knowingly, unlawfully and intentionally distribute and possess with intent to distribute mixtures or substances containing detectable amounts of either cocaine hydrochloride, a Schedule II narcotic controlled substance, or cocaine base, commonly known as crack, also a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, §841(a)(1).

21 U.S.C. §846

Lynne A. Battaglia
United States Attorney

A TRUE BILL:

I hereby attest and certify on 12/14/10 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By_____ Deputy

8/26/98
Date